**FILED**
September 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KENNETH WRIGHT, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-cr-00316-WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kenneth Wright</u>; Case <u>2:12-cr-00316-WBS</u> from custody and for the following reasons:

       \_    Release on Personal Recognizance

       \_    Bail Posted in the Sum of _____

       X    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>; co-signed by defendant's brother, Kevin Wright

       \_    Appearance Bond with 10% Deposit

       \_    Appearance Bond secured by Real Property

       \_    Corporate Surety Bail Bond

       X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/12/2012</u> at <u>2:30 p.m.</u>

By _____
            Kendall J. Newman
            United States Magistrate Judge