1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  2:12-cr-00316-LKK |
12 | Plaintiff, | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
13 | v. | |
14 | KENNETH WRIGHT, | |
15 | Defendant. | |

18     This matter came before the Court for a status conference on July 2, 2013, at 9:15 a.m. as to
19 defendant Kenneth Wright.  The United States was represented by Assistant United States Attorney
20 Michael D. Anderson, who was standing in for Assistant United States Attorney Jared C. Dolan.
21 Defendant Kenneth Wright was represented by Attorney Tim Warriner.
22     At the defendant's request, the Court relieved Attorney Tim Warriner and scheduled a status
23 conference for July 9, 2013.  The Court further instructed Assistant Federal Defender Michael Petrik
24 to coordinate with the CJA Panel Administrator to ensure that new counsel was made available to
25 represent the defendant.
26     The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local
27 Code T4 (reasonable time to obtain counsel and time to prepare).  The Court directed government
28 counsel to prepare a formal order excluding time under the Speedy Trial Act.

                                                  1

**IT IS HEREBY ORDERED:**

1. With respect to defendant Kenneth Wright, a status conference in this case is set for July 9, 2013.

2. Based on the parties' representations, the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T-4, to allow reasonable time for the defendant to obtain counsel and for defense counsel to prepare for trial.

IT IS SO ORDERED

Date: July 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2