FILED

OCT 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By: _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00316 LKK-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| KENNETH WRIGHT, | |
| Defendant. | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __KENNETH WRIGHT__, Case No. __2:12-CV-00316 LKK-3__ from custody for the following reasons:

    __x__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    __X__    (Other): __Deft must come to PTS on 11-4-13 at 9 a.m. for a one time drug test and cooperate with the preparation of his PSR.__

Issued at Sacramento, California on October 10, 2013.

By: _____

Chief Magistrate Judge Dale A. Drozd

USM has original.